UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Case No. 13-mj-30688

v.

D-1   ANGELA KAMPOSH and
D-2   FAYE KAMPOSH,

     Defendants.
_____/

## STIPULATION TO AND ORDER ADJOURNING PRELIMINARY HEARING

The United States of America and defendants Angela Kamposh and Faye Kamposh, through their attorney of record, David Griem, stipulate and agree to the following:

1.    That there is good cause to continue the preliminary hearing in this case, now scheduled to take place on November 15, 2013, and that the preliminary hearing will be continued until December 20, 2013.  See Fed. R. Crim. P. 5.1(d).

2.    This additional time will likely result in the parties working out an efficient pre-indictment plea of both defendants that will alleviate the need for indictment and trial.

3. The parties stipulate and agree that the ends of justice served by this delay outweigh the best interest of the public and the defendants in a speedy trial and that this brief delay constitutes excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(b), (h)(7)(A).

**IT IS SO STIPULATED:**

BARBARA L. McQUADE
United States Attorney

| | |
|---|---|
| s/R. Michael Bullotta | s/David Griem (by consent – RMB) |
| R. MICHAEL BULLOTTA | DAVID GRIEM (P23187) |
| Assistant U.S. Attorney | Attorney for Angela Kamposh |
| 211 W. Fort St., Ste. 2001 | and Faye Kamposh |
| Detroit, MI  48226 | 500 Griswold St., Ste. 2400 |
| 313-226-9507 | Detroit, MI  48226 |
| Michael.Bullotta@usdoj.gov | 313-962-8600 |
| | davidgriemlaw@gmail.com |

Date: November 12, 2013

**IT IS SO ORDERED:**

s/Laurie J. Michelson
HONORABLE LAURIE J. MICHELSON
United States Magistrate Judge

Entered:  November  18, 2013